NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THADDEUS R. McKENZIE,           )
                                )
          Appellant,            )
                                )
v.                              )          Case No. 2D18-3263
                                )
STATE OF FLORIDA,               )
                                )
          Appellee.             )
_____ )

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Christopher
C. Sabella, Judge.

Thaddeus R. McKenzie, pro se.


PER CURIAM.


          Affirmed.  See Martinez v. State, 114 So. 3d 1119 (Fla. 2d DCA 2013);

Antoine v. State, 138 So. 3d 1064 (Fla. 4th DCA 2014); McLeod v. State, 52 So. 3d 784

(Fla. 5th DCA 2010); Wooden v. State, 42 So. 3d 837 (Fla. 5th DCA 2010); Yasin v.

State, 896 So. 2d 875 (Fla. 5th DCA 2005).


SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.